Argued and submitted January 30, reversed as to fine; otherwise affirmed
March 22, 1989

JEFFREY GREEN,
*Petitioner,*

*v.*

OREGON STATE PENITENTIARY,
*Respondent.*

(07-87-388; CA A45847)

770 P2d 612

Gary D. Babcock, Public Defender, Salem, argued the cause and filed the brief for petitioner.

Douglas F. Zier, Assistant Attorney General, Salem, argued the cause for respondent. On the brief were Dave Frohnmayer, Attorney General, Virginia L. Linder, Solicitor General, and Philip Schradle, Assistant Attorney General, Salem.

Before Richardson, Presiding Judge, and Newman and Deits, Judges.

PER CURIAM

**PER CURIAM**

Petitioner, an inmate at the Oregon State Penitentiary, seeks review of a final order of the Superintendent finding him guilty of violating Disciplinary Rule 13: conspiracy to possess or use narcotics. He was ordered to serve three months in segregation and to pay a $100 fine. He contends that there was not sufficient admissible evidence to support the finding of guilty and that the superintendent does not have authority to impose a fine.

We conclude that there is sufficient evidence to support the finding of guilty. We agree with the state's concession that there is no authority to impose a fine for violation of Corrections Division disciplinary rules. *Watson v. OSP,* 90 Or App 85, 750 P2d 1188 (1988).

Reversed as to fine; otherwise affirmed.